# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **Ramon Tovar,** *on behalf himself and others similarly situated*, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No: 3:17-cv-00713-HEH ) |
| **Bill Me Later, Inc.,** | ) ) |
| **Defendant.** | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant jointly stipulate and agree that Plaintiff's individual claims be dismissed with prejudice, and that the putative class's claims be dismissed without prejudice, with the parties to bear their own attorney's fees, costs, and expenses.

Dated: August 28, 2018

*/s/ Dale Pittman*
Dale W. Pittman (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street Petersburg, VA 23803
(804) 861-600) (Phone)
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

>*/s/ Charles K. Seyfarth*
>Charles K. Seyfarth (VSB No. 44530)
>O'HAGAN MEYER
>411 East Franklin Street, Suite 500
>Richmond, Virginia 23219
>Telephone: (804) 403-7137
>Facsimile: (804) 403-7110
>Email: cseyfarth@ohaganmeyer.com
>
>Archis A. Parasharami (*pro hac vice*)
>MAYER BROWN LLP
>1999 K Street NW
>Washington, D.C. 2006
>Telephone: (202) 263-3000
>Facsimile: (202) 263-3300
>aparasharami@mayerbrown.com
>
>*Counsel for Bill Me Later, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2018, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

>*/s/ Dale Pittman*
>Dale W. Pittman (VSB #15673)
>The Law Office of Dale W. Pittman, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street Petersburg, VA 23803
>(804) 861-600) (Phone)
>(804) 861-3368 (Fax)
>dale@pittmanlawoffice.com