IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAMON TOVAR, on behalf of himself  )
and others similarly situated,     )
                                   )
            Plaintiff,             )
                                   )
v.                                 )   Civil Action No. 3:17cv713–HEH
                                   )
BILL ME LATER, INC.,               )
                                   )
            Defendant.             )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal (ECF No. 50) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE, each party to bear its own attorneys' fees and costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
Senior United States District Judge

Date: Aug. 28, 2018
Richmond, VA