IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAMON TOVAR, *on behalf of himself and all others similarly situated*, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILL ME LATER, INC., )<br>)<br>Defendant. ) | Case No. 3:17-cv-713-HEH |

## AMENDED FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal (ECF No. 50) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing appropriate to do so, it is HEREBY ORDERED that Plaintiff Ramon Tovar's individual claims are DISMISSED WITH PREJUDICE, and that the claims of the putative class are DISMISSED WITHOUT PREJUDICE, each party to bear its own attorneys' fees and costs.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: Sept. 11, 2018
Richmond, Virginia

/s/
The Honorable Henry E. Hudson
Senior United States District Judge